IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DISTRICT

| | |
|---|---|
| PAINTERS DISTRICT COUNCIL NO. 2 et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 4:07CV00704 JCH |
| v. ) | |
| ) | |
| MCCOY DRYWALL, INC., ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR A CREDITOR'S BILL IN EQUITY
AND TO PIERCE THE CORPORATE VEIL**

Pursuant to Rule 69(a) of the Federal Rules of Civil Procedure and pursuant to the established procedures of the State of Missouri relating to the proceedings in aid of execution, Plaintiffs, Painters District Council No. 2, et al., move the Court for equitable relief in the form of a creditor's bill, to allow the plaintiffs to proceed to satisfy the judgment entered in this case from the property of McCoy Drywall, Inc., which is not subject to execution by normal means available at law.

The plaintiffs further move the Court to pierce the corporate veil of McCoy Drywall, Inc., and permit the plaintiffs to satisfy the judgment from the alter egos of McCoy Drywall, Inc.: Greenway Drywall, LLC, Darlene Lee McCoy, and Harold L. McCoy.

Plaintiffs have no adequate legal remedy. Further grounds supporting the use of a creditor's bill and piercing the corporate veil are set forth in the accompanying memorandum of law.

Respectfully submitted,

BARTLEY GOFFSTEIN, L.L.C.


 /s/ James P. Faul
JAMES P. FAUL, No. 533223
JAMIE L. REYES-JONES, No. 119734
4399 Laclede Avenue
St. Louis, Missouri, 63108
Telephone:	314-531-1054
Facsimile:	314-531-1131

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2009, the foregoing was mailed by United States Postal Service to the following non-participants in the Electronic Case Filing:

Harold L. McCoy, President
McCoy Drywall, Inc.
5264 Seckman Spring Road
Imperial, MO 63052

Darlene L. McCoy, Vice President
McCoy Drywall, Inc.
5264 Seckman Spring Road
Imperial, MO 63052

Darlene L. McCoy, Member
Greenway Drywall LLC
5264 Seckman Spring Road
Imperial, MO 63052

Darlene L. McCoy
5264 Seckman Spring Road
Imperial, MO 63052

Harold L. McCoy
5264 Seckman Spring Road
Imperial, MO 63052

Diane Fehrman, Secretary
McCoy Drywall, Inc.
5264 Seckman Spring Road
Imperial, MO 63052

John Fehrman, Treasurer
McCoy Drywall, Inc.
5264 Seckman Spring Road
Imperial, MO 63052

Diane Fehrman
3847 Parkway Lane
Arnold, Missouri 63010

John Fehrman
3847 Parkway Lane
Arnold, Missouri 63010