IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DISTRICT

| | | |
|---|---|---|
| PAINTERS DISTRICT COUNCIL NO. 2, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 4:07CV00704 JCH |
| | ) | |
| MCCOY DRYWALL, INC., et al., | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFFS' MOTION TO COMPEL POST-JUDGMENT DISCOVERY**

COME NOW Plaintiffs and respectfully move this Court to compel Defendants McCoy Drywall, Inc., Greenway Drywall, LLC, Harold L. McCoy and Darlene McCoy to produce and otherwise respond to Plaintiffs' Requests for Production, served on each individual Defendant through their attorney, Richard J. Magee, on January 26, 2010, pursuant to Rule 69(a)(2) and Rule 34 of the Federal Rules of Civil Procedure.

Plaintiffs' Counsel has conferred with opposing counsel by telephone and e-mail regarding outstanding discovery requests, however, to-date, Defendants remain unresponsive to much of Plaintiffs' discovery requests and Plaintiffs have not been given a date when they may expect a full response.

WHEREFORE, Plaintiffs hereby request this Court grant Plaintiffs' Motion to Compel Discovery. In addition, Plaintiffs' request this Court assess sanctions against Defendants for failing to cooperate in discovery and the award Plaintiffs' attorneys' fees incurred in compelling discovery.

Respectfully submitted,

BARTLEY GOFFSTEIN, L.L.C.


/s/ James P. Faul
JAMES P. FAUL, No. 533223
JAMIE L. REYES-JONES, No. 119734
4399 Laclede Avenue
St. Louis, Missouri, 63108
Telephone:	314-531-1054
Facsimile:	314-531-1131
jfaul@bgbllaw.com
Attorneys for Plaintiffs


**CERTIFICATE OF SERVICE**

     I hereby certify that on March 18, 2010, the foregoing was filed electronically with the Clerk of Court, to be served by operation of the Court's electronic filing system upon all attorneys of record:

Richard J. Magee
7777 Bonhomme Avenue, Suite 2005
St. Louis, MO 63105-1967
rmagee@covad.net

/s/ James P. Faul

F:\Users\JPF\Funds\Painters Dist Council 2\McCoy Drywall Inc - 13345\Discovery in Aid of Execution\Motion to Compel RFP [all def].wpdLinda